1
2
3
4
5
6

7     UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
8                AT SEATTLE

9  VERA KAYKY,

10                 Plaintiff,            CASE NO. C15-0488-RSM

11        v.
                                         REPORT AND RECOMMENDATION
12  THE BOEING CO.,

13                 Defendant.

14

15      Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma*

16  *pauperis* (IFP). (Dkt. 2.)  Plaintiff indicates she receives $750.00 in net monthly salary and has

17  $2,500.00 in monthly expenses.  However, plaintiff also indicates she has received $15,000.00 in

18  unemployment benefits in the last twelve months, has $5,000.00 in a savings account, and has no

19  dependents.  Considering this information, it appears plaintiff has the funds available to pay the

20  filing fee in this matter.

21      Accordingly, the Court recommends that plaintiff's motion to proceed IFP (Dkt. 2) be

22  DENIED.  This action should proceed only if plaintiff pays the $400.00 filing fee within **thirty**

23  **(30) days** after entry of the Court's Order adopting this Report and Recommendation.  If no

REPORT AND RECOMMENDATION
PAGE - 1

1  filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

2  DEADLINE FOR OBJECTIONS

3  Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 17, 2015**.

DATED this 2nd day of April, 2015.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2