1

2

3

4

5                                    UNITED STATES DISTRICT COURT
                                   WESTERN DISTRICT OF WASHINGTON
6                                            AT SEATTLE

VERA KAYKY,
7
                                    Plaintiff,              CASE NO. C15-0488-RSM
8
           v.
9                                                          ORDER DENYING IN FORMA
THE BOEING CO.,                                            PAUPERIS REQUEST AS MOOT
10
                                    Defendant.
11

12         The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP),

13  the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the

14  remaining record, and the Plaintiff having since paid the filing fee in this action, does hereby find

15  and ORDER:

16         (1)     The Court adopts the Report and Recommendation and denies Plaintiff's IFP

17  application; however, the application is now MOOT as Plaintiff has since paid the full filing fee

18  in this matter; and

19         (2)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

20  Mary Alice Theiler.

21         DATED this 7 day of April 2015.

22

23
                                             RICARDO S. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1